**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**James Shannon OLIVER,
Defendant–Appellant.**

**No. 03–5586.**

United States Court of Appeals,
Sixth Circuit.

July 12, 2005.

U.S. Attorney's Office, Lexington, KY, for Plaintiff–Appellee.

John Kevin West, Jason Rapp, McCoy, West, Franklin & Beal, Lexington, KY, for Defendant–Appellant.

Before: SILER, BATCHELDER, and ROGERS, Circuit Judges.

**ORDER**

On November 29, 2004, this court issued an opinion affirming Defendant James Oliver's sentence for possession of a semiautomatic assault weapon. *United States v. Oliver,* 390 F.3d 482 (6th Cir.2004). On April 25, 2005, the United States Supreme Court granted Oliver's petition for a writ of certiorari, vacated the judgment of this court, and remanded to this court for further consideration in light of *United States v. Booker,* 543 U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). *Oliver v. United States,* —— U.S.——, 125 S.Ct. 1950, 161 L.Ed.2d 766 (2005). We reinstate our opinion of November 29, 2004, holding that the firearm possessed by Oliver met the applicable statutory definition of a semiautomatic assault weapon, as defined by 18 U.S.C. § 921(a)(30). With respect to Oliver's sentence, we vacate the judgment and sentence of the district court, and remand to the district court for resentencing in accordance with *Booker.*